

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00426-CV

**IN THE INTEREST OF L.L.Y.B.** and N.N.Y.B., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00906
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against Appellant C.R.Y.B. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED December 18, 2024.

_____
Liza A. Rodriguez, Justice